ESTATE OF ELIZABETH COLQUHOUN v. ESTATE OF
ROBERT G. COLQUHOUN.

May 18, 1981.

Petition for certification granted. (See 177 *N.J.Super.* 491)

STATE OF NEW JERSEY v. ANDREW HUGHES.

May 18, 1981.

Petition for certification is granted, and the matter is summarily reversed and remanded to the Appellate Division with directions to reinstate the appeal and permit the filing of the brief on the merits previously submitted by the defendant.

STATE OF NEW JERSEY v. LAWRENCE HUSSEY.

May 18, 1981.

Petition for certification denied.

ANGELO MESSINA v. SCINDIA STEAM NAVIGATION CO., LTD.

May 18, 1981.

Petition for certification denied.